FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Tony Dewitt # 318063

9/17/79

14100 McMullen Highway S.W

Cumberland, MD 21502 (NBCI)

(Full name, date of birth, prison identification
number and address of the plaintiff)

ENTERED
LODGED          RECEIVED

JUN 0 4 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND       DEPUTY

BY _____

v.

Civil Action No. RDB-13-1620
(Leave blank.  To be filled in by Court.)

Bobby Shearin (warden of N.b.c.I) - Lt. Thompson D. - Keith Arnolds (Chief of security) (Case
Manager) Gregory Durst. - Randy Watson - Michael J. Stouffer (Commission of Corrections)
(Gang Coordinator)

Richard o'Conner - (Administrative Law Judge)  (Lt. Jones) (ARP coordinator B.A wilts)

Sgt. David Barnhard (Gang Coordinator) (4thB.A wilts)  (Dept of Corrections of MD)

(Full name and address of the defendant(s))

## COMPLAINT

I.    **Previous lawsuits**

A.    Have you filed other cases in state or federal court dealing with the same facts as in
this case or against the same defendants?

YES [  ]    NO [✓]

B.    If you answered YES, describe that case(s) in the spaces below.

1.    Parties to the other case(s):

Plaintiff: _____ N/A _____

Rev. 8/99

In the United States District Court

Tony Dewitt

V.

FILED ___ ENTERED
LODGED ___ RECEIVED

JUN 0 4 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND    DEPUTY
BY

Bobby Shearin (Warden of NBCI)

Lt. D. Thompson (Gang Coordinator) NBCI

Sgt. David Barnhard (Gang Coordinator of NBCI)

Keith Arnolds (chief of Security of NBCI)

Lt. Jones (of NBCI)

B.A Wilts (A.R.P Coordinator of NBCI)

Michael Stouffer (Commission of Corrections

Randy Watson (Assistant Commissioner of Corrections

Richard O'Connor (Administrative Law Judge)

Dept of Corrections of MD

NBCI
14100 McMullen Highway Sw
Cumberland MD 21502

Division of Corrections
Suite 310
6776 Reisterstown Rd
Balto, MD 21215

IGO
115 Sudbrook lane Suite 200
Pikesville, MD 21208

Division of Corrections
6776 Reister town Rd
Balto, MD 21215

Defendant(s): _____ N|A _____

2.   Court (if a federal court name the district; if a state court name the city or
     county): _____ N|A _____

3.   Case No.: _____ N|A _____

4.   Date filed: _____ N|A _____

5.   Name of judge that handled the case: _____ N|A _____

6.   Disposition (won, dismissed, still pending, on appeal): _____ N|A _____

     _____

7.   Date of disposition: _____ N|A _____

II.   **Administrative proceedings**

A.   If you are in a Division of Correction facility, did you file an administrative remedy
     procedure request under DCD 185-001, et seq.?

     YES [✓]    NO [  ]

1.   If you answered YES:

     a.   What was the result? _Dismissed in accordance with
          D.C.D 185-001_

     b.   Did you appeal to the Commissioner?

          YES [✓]    NO [  ]

2.    If you answered NO to either of the questions above, explain why you did not file an administrative remedy procedure request or an appeal to the

Commissioner. _____ N|A _____

_____

_____

3.    Did you file any other type of administrative complaint such as an appeal to the warden of an adjustment decision or a decision to withhold mail, a complaint to the Sundry Claims Board, etc.?

YES [  ]      NO [ ✓ ]

4.    If you answered YES, explain what you filed and what was the result.

_____ N|A _____

_____

_____

B.    If you are <u>not</u> in a Division of Correction facility, is there a grievance procedure at your institution?

YES [ ✓ ]    NO [  ]

If your answer is YES:

1.    Did you file a grievance?

YES [ ✓ ]    NO [  ]

2.    If you filed a grievance what was the result? _____ N|A _____

_____ Dismissed _____

3.    If you did not file a grievance explain why not? _____ N|N _____

_____

III.   Statement of Claim

To Whom this may Concern on 6/4/12 I Filed A Grievance About (Lt. Jones) denying me Access to Any Institutional Special Program because he Stated In a Report that Petitioner WAS Validated As A "StG" Member. I WAS Prohibited From obtaining a S.U.I Job Assignment, Attend Family day, transfer to Medium Security because of the "StG" Papers that WAS Placed in my Base File. Once I Received the Response From the Grievance Signed by (Security chief Keith Arnolds) Under the Signature of the Warden. On 6/11/12 Mr. Keith Arnolds dismissed my Grievance Under DcD 185-001. Mr. Arnolds Indicated that a investigation WAS taken. In he Revealed that the Petitioner WAS Validated on 4/12/05 As A gang member while housed At MCI-J. (Maryland Correctional Institution and Jessup) Mr. Arnolds Stated this Information WAS obtained through Contract with Other Known Associntes, Cell Searches and Confidential Complied through Investigation. I Appealed the decision on 6/15/12 to the Commissioner Explaining to him that the Allegations Against Me WAS false and I Could Prove It. I WAS Never Housed at MCI-J which is A Medium Security Prison and Jessup. I Made the Commissioner Aware that DcD 50-2 WAS Violated When the Officers At NBCI Put False Reports and Statements together and Produced It to the Warden doing this investigation. The officers At NBCI Mislead the Warden to Believe this Information WAS true by Law It's Called "Fraud" Which is A Crime. How Can this Report be true if this information they obtained doing Cell Search WAS obtained At MCI-J. A Prison I WAS Never housed At. Anytime Anything is Confiscated from a inmate Under DcD 220-004 dR Appendix 5 you will Receive Confiscation Forms that you have to Sign for Confiscated Property. The Doc Could not Show Me Any forms that I Signed that I WAS in Possession of this So Called Gang Material.

I Received a Response to my Appeal on 8-3-12 by (Commissioner Randy Watson)
He dismissed my Appeal Stating the Investigation I was Reading Validated Me as a
Member of a Security threat Group. On 9/7/12 I Filed a Grievance Appealing the Commissioners
decision Requesting a Hearing by the inMate Grievance office. The IGO Found Merit and
granted Me a hearing on 12/5/12 on a Video Conference by the (Administrative law Judge
MR. Richard O'Connor) and (ARP Coordinator Gregory Durst) Represented the Institution.
(Gang Coordinator of NBCI Lt. D. Thompson) didn't Show up he Sent (Sgt. David Barnhard)
to Represent him in the Intelligence Dept of NBCI. The State didn't Have Any
Evidence to Prove these things Ever happened they only used word of Mouth. I Asked
Gregory Durst to Present the Documents that was Suppose to had been Recovered From
Petitioners Cell at MCI-J, A Prison that Petitioner was Never housed. MR. Durst denied
having Any documents at the hearing. NBCI Intelligence officer Sgt. David Barnhard testified
that he never wrote the Report he's only there to Explain the DCD 110-35 Work Sheet
on how "StG" Members Are labeled by using A Point System. Ten points and up
your Validated as a "StG" Member. Stg. David Barnhard testified that he Never wrote
any of the Reports or Investigated the Matter he Stated that MR. Dewitt only have
(4) Points. The Administrative law Judge Asked MR. Barnhard why do the Response
From the NBCI Investigator Say MR. Dewitt was Validated as a StG Member in
yun Just testified that yun have to have (10) Points on up to be labeled a "StG"
Member. He Said Stated he didn't Know why that was in the Report because It's
False. I Clearly Proved that NBCI Fabricated those Documents in this Investigation
I Proved All my clames MR. Richard O'Connor denied my Grievance After
Admitting I Seizes upon two ERRORS in the Doc's Investigation of my ARP
Grievance.

The Doc And NBCI Administration Violated my due Process And Liberty Interest by Falsifing State documents And denying me my Liberty Interest. by doing So I was denied transferr, Job Assignments, Special Programs, Medium Security, Family day and Parole, by the Errors of the Doc labeling me a "STG" member This Error was Arbitrary and Capricious. This Atypical Punishment will Lengthen my time And Prison because when I go up for Parole again these Paper's will be and my base file For the Parole board to Review. This hardship Cause me to lose good Conduct Credit because I was denied Job Assignments because of what was Placed in my Base File by the D.O.C. by the Doc Falsely Labeling me a Gang member IF A Riot or A Gang Stabbing or Fight Kicks oFF the Doc Put my Life And danger because they Falsely Labeld me Something that I'm not. Once Other Gang members' hear this NBCI Placed my Life And Liberty And danger. All the Names I Placed in this Statement Had a part Envolved in the Investigation. (Mr. Bobby Shearin was the Warden of NBCI) (Mr. Michael Stouffer was the Commissioner) and (Lt. B.A Wilts was NBCI ARP Coordinator) I Am Suing Each Party For $100. Thousand Dollar a Piece And a transferr to Medium Security at J.C.I

Jay Jewitt 318063
(Signature of Plaintiff)

**III.**   **Statement of claim**
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

**IV.**   **Relief**
(State briefly what you want the Court to do for you)

I Seek Punitive damages in the AMount of one hundred thousand dollars from each defendant. An a transfers to J.C.I

SIGNED THIS  28  day of  ~~April~~  MAY  , 2013 .

_____  318063
(original signature of plaintiff)

NBCI

14100 Mc Mullen Highway, SW

Cumberland, Md 21502
(address of plaintiff)

Rev. 8/99                                    4

Appendix 3 to DCD 185-002

*Officer's Name: Print and Signature*    5/13/13    *Date*

CASE NO. **NBCI- 1157-13**

**MARYLAND DIVISION OF CORRECTION** ~~ENTERED~~ **RECEIVED**
**REQUEST FOR ADMINISTRATIVE REMEDY**
(Instructions for completing this form are on the back)

JUN 0 4 2013    MAY 14 2013

TO:    ☑ Warden of Institution    ENTERED    **ARP**
    AT BALTIMORE    **N. B. C. I.**
    CLERK U.S. DISTRICT COURT    **CUMBERLAND**
Emergency Request: ☑ Check only if your complaint poses a continued threat to your health, safety, or welfare.
    DISTRICT OF MARYLAND    DEPUTY
    BY

FROM: Dewitt    Tony    318063    NBCI
    *Last Name*    *First Name*    *Middle Initial*    *DOC Number*    *Institution*

Housing Location 3D20    Protective Custody ☐    Administrative Segregation ☐    Disciplinary Segregation ☐

**Part A – INMATE REQUEST**

I am filing this Grievance on 5/13/13 at NBCI as a result of the Policies and Practices which Clearly deprives Me of Meaningful Access to Conduct the Research Necessary to challenge My Criminal Conviction and Conditions of Confinement. I Haven't been Allowed to Attend in house library or the big library thats at the Main Building. As Required by Bound V. Smith 430 US 817, 97 S.Ct 1491 (1977) (Con)

5/13/13    Tony Dewitt 318063
*Date*    *Signature of Inmate*

**Part B – RESPONSE**

_____    _____
*Date*    *Signature of Warden*

You may appeal this response by following the procedure prescribed on the back of this form.

**Part C – RECEIPT**    Case No. **NBCI- 1157-13**

RETURN TO: Dewitt, Tony
    *Last Name*    *First Name*    *Middle Initial*    318063    3D20
    *DOC Number*    *Institution*

I acknowledge receipt of your complaint dated 5/13/2013    in regard to: library legal

Dismissed for procedural reasons: Pending resubmission per DCD 185-002 VI.L.9 Additional information is needed to investigate your request. Please resubmit by 5/29/13 and included the following information: evidence requiring the institution to permit access to the library during institutional emergency

5/14/2013
*Date*    *Institutional ARP Coordinator*

Original: White   Institutional ARP Coordinator
Copy:   Canary - Inmate

DOC Form 185-002c (Rev. 7/08)

Exhibit # 8

## Part A (Continued) – INMATE REQUEST

Specifically Me being denied Library, Copy's of Legal Material, Legal Research, NBCI System of Proving legal Material or Attending the Library has been deem Constitutionally deficient by Several Courts. Capulonis V. Fair 732 F2d 1st Circuit (1984) Also your System For obtaining Cases whereby you can only Request 5 cases Per week which can take up to a Month to Recieve due to the Fact that the Request has to be Sent Via Mail to a law Library in Another County of the state is Completely disturbing and Primitive. As It Stands there is no Possible way Anybody Can Conduct Proper Research Under this System. I'm Seeking One hundred Dollars Per day I'm being denied Legal Library. I am writing my Post Conviction Judge to Make him Aware of the Conditions and Confinement of NBCI. I Have a Court date Coming up in I'm being denied due Process by not being Able to challenge my Conviction Under Bound V. Smith 430 US 817, 97 S. Ct 1491 (1977) I've been denied Library Since 4/29/13

5/13/13
Date

Tony Dewitt          Tony Dewitt          318063
Inmate's Name: Print and Signature          DOC#

**Appendix 3 to DCD 185-002**

_Officer's Name: Print and Signature_ _B/W Custer_ _/s/ Custos_

_Date_ _4/5/12_

NBCI- 1489-12

CASE NO. _____

## MARYLAND DIVISION OF CORRECTION
### REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

# RECEIVED

#1 of #3

TO: ☑ Warden of Institution

JUN 6 2012

Emergency Request: ☐ Check only if your complaint poses a continued threat to your health, safety, or welfare.

ARP
N. B. C. I.
CUMBERLAND
N.B.C.I.

FROM: _DeWitt_ _Tony_ _____ _318063_ _N.B.C.I._
Last Name   First Name   Middle Initial   DOC Number   Institution

Housing Location _3 D 33_   Protective Custody ☐   Administrative Segregation ☐   Disciplinary Segregation ☐

---

**Part A – INMATE REQUEST**

This Arp is Filed ~~dated~~ due to due Process Violation by the Security Staff at NBCI Specifically I was told by Lt. Jones that I Have been Identified As a Member of a "STG" and that It would Probably Prohibit Me from Participating in Special Programs because of my Validation As a Member of a Security threat group. The Finding is Unequivocally False and the Manner in which It was Reached is without Support being Identified As a Member

_6/4/12_
Date

(CON)

_Tony DeWitt_
Signature of Inmate   318 063

---

**Part B – RESPONSE**

Our review of your administrative remedy has been completed and your case has been dismissed in accordance with DCD 185-001. Specifically, your complaint is that you are not a gang member and that you have been wrongfully validated as a gang member. An investigation revealed that you were validated on 04-12-05 ~~as a gang member while housed at MCI-J~~. This information has been compiled through reliable agency contacts. Furthermore, through observed association, contact with other know associates, cell searches, and confidential information compiled through investigation, it is reasonable to conclude that you have been accurately validated as a gang member. Gang files are not open for inmate review due to various security reasons. It is advised that you talk to your Housing Unit Manager/Lieutenant about any additional questions regarding this matter. Your administrative remedy allegations are without merit.

_6/11/12_
Date

_/s/ signature_
Signature of Warden

You may appeal this response by following the procedure prescribed on the back of this form.

---

**Part C – RECEIPT**

NBCI- 1489-12

RETURN TO: _DeWitt, Tony_   _318063_ Case No. _3D33_
Last Name   First Name   Middle Initial   DOC Number   Institution

I acknowledge receipt of your complaint dated _6/5/2012_ in regard to: _STG_

_6/6/2012_
Date

_/s/ signature_
Institutional ARP Coordinator

Original: White   Institutional ARP Coordinator
Copy:   Canary - Inmate

DOC Form 185-002c (Rev. 7/08)

Exhibit #1
1 thru 3

### Part A (Continued) – INMATE REQUEST

of a StG At this Institution And in our Society in general brings with It All Manner of Negative Stigma Affecting my Conditions of Confinement those negative condition Affect me So As to cause me to Experience An Atypical And Significant Hardship compared to other similarly situated Prisoners in this Instance those other Prisoners Are the Prisoners Eligible for A wide range Variety of Prison Programs and benefits to which I will not be deemed Eligible Simply on the basis of my Misidentification As A member of A StG.

to my Knowledge, And As described to me by other Staff members As A member of A StG I would not be Eligible for transfer to other State Facility Further Programs Such As rehabilitative work Programs offered by the Shops of the Maryland Correctional Enterprise Are not Available to me for learning real Life work Skills Further Still, As a member of A "StG" I would not be Eligible For Semi-Annual Family day Events At which I could Visit with my Family and Friends For An Extended Period of time. I Have not been Made Aware of All of this deprivation to which I would be Subjected As An identified member of A StG, but It Can be Presumed to be An Extensive list of Such deprivations.

As Such and by the nature of the manner by which the Security Staff Have Arrived At this Misidentification As A member of A StG my Due Process Rights Have been Violated without my Justification what so Ever I was not notified of the impending classification / Identification Procedure I was not told About the Process by which this decision was Made I was not told Precisely who Provided to the Administration the

---

6/4/12
Date

(CON)

Tony Dennith  Tony Dennith  318 063
Inmate's Name: Print and Signature         DOC#


Exhibit #

#3 #3 #3

### Part A (Continued) – INMATE REQUEST

Information which led to me being classified As a member of A STG I was not given An opportunity to be Interviewed and to Provide to the Interviewers reason For which the classification Should not be made At All; I Have not been Advised of the Names and locations of the other State and /or Federal Agencies with whom this classification has been or will be shared; I Have not been Advised of the actions which will be taken by those other State and/or Federal Agencies I Have not been Advised by NBCI staff members of Exactly what will Happen to me in the Absence of the Correctens of this Mis Identification of me As A Member of Any STG.

## Relief Sought

1. Immediate Correction of the Mis identification As A Member of A STG
2. Immediate information As to how the information Came into being
3. Immediate information As to whom And for which Purposes this Misinformation has been Provided by the Staff And or Administration of NBCI
4. Appropriate damages For the emotional trauma Caused by this Misidentification in the Amount of $5.000.00
5. Appropriate damages For Future Pain and Suffering As A result of this Misidentification in the Amount of $5.000.00
6. Any And All Such Relief and Appropriate damages Ultimate Found to be Justified in this Matter.

6/4/12
Date

Tony Dewitt                  318 063
Inmate's Name: Print and Signature          DOC#

Exhibit #1

CASE NO. 1489-12

# 1 of 2

**MARYLAND DIVISION OF CORRECTION**
DIVISION OF CORRECTION
**HEADQUARTERS APPEAL OF** HGP DMU
DIVISION OF CORRECTION
**ADMINISTRATIVE REMEDY RESPONSE**     ARP/IGP UNIT
(Instructions for completing this form are on the back)

TO:  ☑ Commissioner of Correction... Appeal of (check one):     ☐ Dismissal for Procedural Reasons
                                                                  ☑ Warden's Response
                                                                  ☐ No Response from Warden

☐ Executive Director: Inmate Grievance Office

Exhibit #2
1 thru 2

FROM: Dewitt      Tony                    318-063         NBCI
      Last Name      First Name   Middle Initial   DOC Number    Institution

Housing Location 3 D 33    Protective Custody  ☐  Administrative Segregation  ☐  Disciplinary Segregation  ☐

## Part A – REASON FOR APPEAL

I in appealing the wardens decision because He made up Allegations Against Me And I CAn Prove It. this Also Proved that NBCI Never investigated My Allegations because if they did they would Have Known I WAS never At A Medium Security Prison And Jessup Called MCI-J (maryland Correctional Institutional and Jessup) NBCI officers Violated DCD 50-2 For Falsifying State documents or Reports Misrepresent Any Material Fact under Any

6/15/12
Date     (CON)              Tony Dewitt  318063
                              Signature of Inmate

## Part B – Response

Your appeal has been investigated and is hereby dismissed. The investigation revealed you have been validated as a member of a Security Threat Group in accordance with the Division of Correction Validation Procedure. If you wish to begin the renunciation process please contact the institution's Intelligence Officer. No further action will be taken through the ARP process.

8-3-12
Date

Signature of Commissioner

You may appeal this response by following the procedure prescribed on the back of this form.

## Part A (Continued) – REASON FOR APPEAL

Circumstance 'with the intent to Mislead And Person or tribunal Report Submitted by Employee Shall be cleAR, Concise, Factual and Accurate. This ~~information~~ Institution is lying trying to Pass the Buck So they don't Have to take Responsibility for Falsifying State documents how can this information be obtained At MCI-J And I was never Housed At that Institution. This warden AT NBCI States in his Response that Through observed Association, Contact with other Known Associates, Cell Searches, and Confidential informants. NBCI warden is now A Proven lyer because how Can a investigation take Place At A Institution I was never Housed In. This whole Matter is about NBCI officers Harassing Me because I filed A Grievance About the officers At NBCI when they Violate Division of Corrections Procedures. I never been involved in a "STG" group. This is the Institutions way of Keeping Me Maximum Security, not Allowing Me to Attend Certain Programs Family day And denying Me A transferr from this Institution. I'm Asking that you find my Grievance Meritorious and clear Me of being in a "STG" and A Auto matic transfer to A Medium Security Prison.

_____6/15/12_____
Date

Ians Dewith Tony Dewith     318 063
Inmates Name: Print and Signature          DOC #

Exhibit #2

TONY DEWITT #318063,            \* **BEFORE RICHARD O'CONNOR,**

    **GRIEVANT**                    \* **ADMINISTRATIVE LAW JUDGE,**

    **v.**                          \* **THE MARYLAND OFFICE**

**THE MARYLAND DIVISION OF**     \* **OF ADMINISTRATIVE HEARINGS**

**CORRECTION**                 \* **OAH No.:  DPSC-IGO-002V-12-46114**

                                  \* **IGO No.:  20121846**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DECISION

STATEMENT OF THE CASE
ISSUE
SUMMARY OF THE EVIDENCE
FINDINGS OF FACT
DISCUSSION
CONCLUSIONS OF LAW
ORDER

## STATEMENT OF THE CASE

On September 7, 2012, the Grievant filed a grievance with the Inmate Grievance Office

(IGO), which it summarized as follows:

> *This grievance is an "appeal" from the disposition of ARP-NCBI-1489-12,
> which is incorporated by reference herein. In essence, the Grievant complains
> that he has been improperly labeled by DOC staff as a member of a "Security
> Threat Group" ("STG").*

I held a hearing on December 5, 2012 by video conference. Md. Code Ann., Corr. Servs.

§ 10-207(c) (2008). I was located at the Office of Administrative Hearings and the parties were

at North Branch Correctional Institution (NBCI), a facility of the Division of Correction (DOC).

Lamont Jackson #194396 represented the Grievant, who was present. Gregory Durst, Inmate

Grievance Coordinator, represented the DOC.


Exhibit #3
1 thru 9

Testimony

The Grievant testified on his own behalf.

Sgt. David Barnhard, Intelligence Officer at NBCI, testified on behalf of the DOC.

## FINDINGS OF FACT

I find the following facts by a preponderance of the evidence:

1.    For at least the last two years, the Grievant has been housed at NBCI.

2.    Previously, the Grievant had been house at the Maryland Correctional Adjustment Center (MCAC).

3.    In 2005, while housed at MCAC, the Grievant was identified as being associated with an STG. This identification occurred because the Grievant scored four points on an instrument used to assess membership in STGs. Ten points are necessary to be validated as a member of an STG.

4.    Once an inmate is assessed with points in the STG determination process, the points stay on his record for as long as he is in the DOC, unless the inmate goes through a confidential renunciation process to have the identification removed.

5.    The Grievant has never been housed at Maryland Correctional Institution-Jessup (MCI-J), a DOC facility.

6.    Because he has been identified as associated with an STG, the Grievant is ineligible for certain benefits within DOC, such as transfer to another institution, participation in special programs, some jobs, and visits on family day.

## DISCUSSION

In an inmate grievance concerning an institutional administrative decision, the grievant bears the burden of proving, by a preponderance of the evidence, that the DOC's action was arbitrary and capricious, or inconsistent with the law. COMAR 12.07.01.08A, C(1). The DOC's

-3-

In this case, the Grievant has not been subjected to any hardship that approaches the severity of segregated confinement. He complains that, because he has been identified as associated with an STG, he is ineligible for transfer to a medium-security facility, is barred from performing certain institutional jobs, and is not allowed visits on family day. While all these claims are true, they do not rise to the level of creating a liberty interest under *Sandin v. Conner*. Therefore, no constitutional issues are implicated here, and the only analysis required is whether the DOC's decision to identify the Grievant as an STG associate, and to keep him identified as such, is arbitrary and capricious, or inconsistent with the law. COMAR 12.07.01.08C.

Identification of STG members and associates is governed by Division of Correction Directive (DCD) 110-35, which defines an STG as follows:

> (1) "Security Threat Group (STG)" means three or more individuals who:
> (a) Possess in common a distinctive goal, symbolism or philosophy;
> b) Pose a present or potential threat to the safety of staff, inmates or the public; and
> (c) Possess identifiable skills or resources or engage in unauthorized activities within the DOC, or by a pattern of illegal activity.

DCD 110-35.04B(1).

Appendix 1 to DCD 110-35 is a worksheet used by the DOC to determine whether an inmate is a member of or affiliated with an STG, which is done by evaluating fourteen criteria, such as self-admission, tattoos, possession of symbols or logos, observed association with known STG members, etc. To be "validated" as an STG member, an inmate must score ten or more out of a possible seventy points. A score of two points or more brands an inmate as a "suspect/associate" member.

After learning that he had been identified as a member of an STG, the Grievant filed an ARP to challenge that identification. Lt. D. Thomas was assigned to investigate, and on June 7,

The Grievant testified that he was never a gang member and never took a gang oath. He admitted on cross-examination that he has associated with STG members, because "you can't tell who's a member and who's not." He also stated that he had been assigned to share a cell with a gang member. The Grievant also indirectly named his representative, Mr. Jackson, as one of the associates affiliated with an STG.

Two of the criteria for validation as a gang member or associate are as follows:

9. Observed Association (2 points) observed routinely walking, talking and associating with known STG members.
10. Contact with Known Associates (2 points) visiting, corresponding, financial transactions with known relatives and close associates of confirmed members.

DCD 110-35, Appendix 1.

From the Grievant's own testimony, it seems likely that some or all of his points were accumulated from associating with known STG members. Additionally, the evidence establishes that he did score four points on the validation worksheet. Thus, even though Lt. Thomas's report incorrectly stated that the Grievant was housed at MCI-J and that he was "validated" as an STG member, there is no reason to doubt its core conclusion that the Grievant was identified as associated with an STG. Since the Grievant has not gone through the renunciation process, he correctly remains so identified.

## CONCLUSIONS OF LAW

I conclude as a matter of law that the DOC's identification of the Grievant as an associate of a security Threat Group complied with agency regulations and was not arbitrary or capricious. DCD 110-35.

Copies mailed to:

Tony Dewitt, #318063
c/o North Branch Correctional Institution
14100 McMullen Highway, S.W.
Cumberland, MD 21502

Lamont Jackson, #194396
North Branch Correctional Institution
14100 McMullen Highway, S.W.
Cumberland, MD 21502

Gregory Durst, Inmate Grievance Coordinator
North Branch Correctional Institution
14100 McMullen Highway, S.W.
Cumberland, MD 21502

J. Michael Stouffer
Division of Correction
6776 Reisterstown Road, Suite 310
Baltimore, MD 21215-2341

Notice of Claim

Case # 1489-12
160th 2012 1846

DEAR, Ms. Nancy K. Kopp

12 NOV 16 PM 12:23

My Name is Tony Dewitt # 318063, I'm Currently At North Branch Correctional Institution. I Filed A Grievance Against NBCI Administration For Falsifying State documents OR Misrepresenting A Report to the Division of Corrections that was Accusing Me of being and A "STG" group (Security threat Group) (B.K.A GANG) the Report that was Submitted Stated they Received Evidence From me doing Cell Search At MCI-J which is the Maryland Correctional Institution and Jessup. I was never housed At that Institution So how could this information Come About I've been denied Access to Attend Family day, Medium Security So I Could Transfer to other State Facilitys, work Programs Offered by the State of Maryland Correctional Enterprises. All this Negative Stigma Affecting my Conditions of Confinement. I Filed A Grievance Case # 1489-12 And the Remedy I'm Seeking is $ 5,000.00 For Emotional trauma Caused by this MisIdentification And $ 5,000.00 For Future Pain And Suffering. I would like if I Could here From your office in the Next (10) Business day. Thank you!

Tony Dewitt # 318063
NBCI
14100 McMullen Highway Sw
Cumberland, MD 21502

Sincerely
Tony Dewitt

c/c

Exhibit # 4

NBCI.ID.001.0008.1
Appendix 3

# NORTH BRANCH CORRECTIONAL INSTITUTION

## Inmate Request

DATE _____5/14/07_____

( Check One )

| | | | | | |
|---|---|---|---|---|---|
| ☐ | Warden | ☐ | Commitment | ☐ | Case Manager |
| ☐ | Asst. Warden | ☐ | Mail Room | ☐ | Finance/Business Office |
| ☐ | Security Chief | ☐ | Psychology | ☐ | ARP Coordinator |
| ☐ | Shift Commander | ☐ | Unit Manager | ☐ | Chaplin |
| ☐ | Social Worker | ☐ | Education | ☐ | Addiction Counselor |
| ☐ | Property Room | ☐ | Food Service | | |
| | Other | | Lt. Jones | | |

_____Tony Jewitt_____      ___318 063___   __3-D-33__   _____
Inmate's Name                          DOC #          HU Cell Location       Job Assignment

**Request ( Print Clearly )**   I'm writing because I Recieved a 'Slip Back From you
denying Me Access to Attend Family Day Saying Im Gang Affiliated. I Never been
Involved and Any gang and I Felt that you Making these Accusations
Accusations Against Me WAS disrespectful. We dont Know each Other in I'm trying to
Figure out Where would Something like this Come From. I Never been involved
with any Gang Activity. you Saying those things About Me WAS False I've been
in this Prison Since 2007 And I Never been Envolved and none of thos
Activities. I've been Staying out of Trouble I Shouldnt be denied Access to Attend Family
day From False Accusations. Thank you For taking the time out to Read my
Request.

---

### DO NOT WRITE BELOW THIS LINE

REFERRED TO _____        FOR _____

OFFICIAL ( SIGNATURE ) _____        DATE _____

**FINAL DISPOSITION AND / OR RESPONSE TO INMATE**

DENIED!!

OFFICIAL ( SIGNATURE )        DATE  5/15/12

Exhibit #5

## NORTH BRANCH CORRECTIONAL INSTITUTION

### <u>Inmate Request</u>

DATE ___5/16/12___

(Check One)

☐ Warden ☐ Commitment ☐ Case Manager
☐ Asst. Warden ☐ Mail Room ☐ Finance/Business Office
☐ Security Chief ☐ Psychology ☐ ARP Coordinator
☐ Shift Commander ☐ Unit Manager ☐ Chaplin
☐ Social Worker ☐ Education ☐ Addiction Counselor
☐ Property Room ☐ Food Service
Other ___Lt. Thompson___

___Tony Dewitt___        ___318063___   ___3-D-33___   ___Pm School___
Inmate's Name              DOC #      HU Cell Location   Job Assignment

Request ( Print Clearly )   I'm writing you because I was speakting to my tier
officer about a slip I recieved from Lt. Jones denying Me Access to
Family day say I'm Bang Affiliated. I never been and a Gang or Envolved and
any Gang Activities. I'm trying to Figure out where would Something like this
come from. I never been Envolved and None of Those Activities. I'm Asking
you what Gang Affiliation I'm Falsly Accused of being with? and I'm Asking
you could you write Me back to let Me Know what's going ON.

___Thank you !___

### DO NOT WRITE BELOW THIS LINE

_____        _____
REFERRED TO                 FOR

_____        _____
OFFICIAL ( SIGNATURE )      DATE

FINAL DISPOSITION AND / OR RESPONSE TO INMATE   You must write to the
Headquaters Intel Dept. if you believe your validation to be
wrong.

___R. Furst ler___        ___5/29/12___
OFFICIAL ( SIGNATURE )      DATE

Exhibit #6



# Department of Public Safety and Correctional Services

**Division of Correction**
**North Branch Correctional Institution**
14100 McMULLEN HIGHWAY, SW • CUMBERLAND, MARYLAND 21502
(301) 729-7400 • FAX (301) 729-1259 • TTY USERS 1-800-735-2258 • www.dpscs.state.md.us

STATE OF MARYLAND

MARTIN O'MALLEY
GOVERNOR

ANTHONY G. BROWN
LT. GOVERNOR

GARY D. MAYNARD
SECRETARY

G. LAWRENCE FRANKLIN
DEPUTY SECRETARY

DIVISION OF CORRECTION

J. MICHAEL STOUFFER
COMMISSIONER

NORTH BRANCH
CORRECTIONAL
INSTITUTION

BOBBY P. SHEARIN
WARDEN

RICHARD J. GRAHAM, JR.
ASSISTANT WARDEN

FRANK B. BISHOP, JR.
CHIEF OF SECURITY

## MEMORANDUM

**TO:**      Inmate Population

**FROM:**   **Assistant Warden Graham**

**DATE:**   **March 8, 2010**

**SUBJECT: Family Day**

If you are receiving this memo, that indicates that you have been determined to be eligible to participate in Family Day based on the following criteria:

1. Must have been at NBCI for at least one (1) year
2. Must be eligible to receive visits
3. Shall not have been convicted of any type of sex offense
4. Must be housed in General Population since 11/09
5. No category 1 infractions since 2/09
6. No guilty findings of any other category violation since 11/09
7. Must have completed Mandatory Education or be currently enrolled or on the waiting list
8. **No validated STG members**

If you plan to attend, you must submit the items listed below to your Unit Manager no later then **4/9/2010**.

1. A request slip indicating your desire to participate
2. A list of the four visitors you would like to attend
3. A money voucher for $10

Please see the attached Family Day information and guidelines that you are required to adhere to for participation.

*Exhibit #7*

RECEIVED
PRO SE

RDB-13 1670

FILED
LODGED

MAY 04 2013
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

JUN 04 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND   DEPUTY

5/29/13

to Whom this May Concern

My Name is Tony Dewitt # 318263 I'm Housed at North Branch Correctional Institutions, I'm Filing a 1983 Civil Suit in I'm Asking your courts Could you Send Me A copy of my Petition and the Exhibits I Sent because the Administration At this Institution is harassing Me by not Allowing Me to get copys of my legal Material or Attend legal library. I've been going through this for a while. I Even wrote A Grievance about not being Allowed to Attend legal library or get legal copys of my legal Material. The Institution Commissary Never have copy Cards, Even when they do Have It, I'm still denied Access to Attend the library. I wrote the librarian As well Making complaints about her Keep Counseling slamy and her not doing her Job, The librarian Black Balled Me from attending the library All of this harassment is about the 1983 I'm Filing Against the Administration At NBCI. I would Appreciate It iF you Could Process my 1983 and send A copy back to Me Asap Thank you! For taking the Time out to Read my letter.

Sincerely

Tony Dewitt # 318063

NBCI

14100 Mc Mullen Highway, Sw

Cumberland, MD 21502

Tony Dewitt